# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137671

JACK E. BUSSELLE and GAYLE E.
BUSSELLE,
      Plaintiffs/Counter-Defendant/
      Appellants,

v

COLONIAL CONDOMINIUM ASSOCIATION,
      Defendant/Counter-Plaintiff/
      Appellee,

and

MARPLE & ASSOCIATES, PLC, JOHN L.
MARPLE, MICHAEL McGREAL, KIM
ROTZ, KARLA SEBASTIANI, BERNARD
SHERBURN, and DENNIS VAN DALEN,
      Defendants/Appellees.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137671
COA: 285841
Van Buren CC: 07-056334-CH

On order of the Court, the application for leave to appeal the October 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

s0217